| DIST. | OFF. | DOCKET NUMBER YR | FILING DATE DAY YEAR | | J | N/S | O | D PTF/DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/MAG. NO. | COUNTY | JURY DEM. | DOCKET YR | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 84 2025 | 01 | 18 84 | 4 | 360 | 1 | 1    3 | | 4000 | 2508 M | 54079 | P | 84 | 2025 |

**PLAINTIFFS**

FERRARI, JEWELL L.

**DEFENDANTS**

MONSANTO COMPANY, a Delaware corporation

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. 1332. Pltf alleges personal injury due to careless and negligent use of dangerous chemicals by deft and failure to warn pltf of inherent risks of exposure to said chemicals.

**ATTORNEYS**

W. Stuart Calwell, Jr.
CALWELL, McCORMICK & PEYTON
2602 First Avenue
Nitro, West Virginia  25143

P. Michael Pleska
Charles M. Love, III
BOWLES, McDAVID, GRAFF & LOVE
P. O. Box 1386
Charleston, WV  25325-1386
(304) 347-1100

**FILING FEES PAID**

| | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|
| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | 01/18/84 | #7667 | 110248 |

**STATISTICAL CARDS**

| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 7/80)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1984 | | | |
| Jan 18 | 1 | COMPLAINT; issued summons + 2 copies, returnable 30 days. | ras |
| Feb 10 | 2 | MOTION by Deft to Dismiss in Lieu of Answer. | slw |
| 7-5-84 | ** | REASSIGNED to Judge Copenhaver upon Judge Haden's verbal instructions. | rap |
| 1987 Jun 30 | - | **MINUTE ENTRY:** This case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action herein for over 12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 form to the AO. Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered. | |
| Jun 30 | - | **INDEX INFORMATION SHEET** and **JS6 CARD** forwarded to the Parkersburg Division. | ras |
| 1988 Jun 23 | 3 | **DISMISSAL ORDER (2508):** Dismissing action with prejudice pursuant to Rule 41(a)(2) of FRCP; pltf and deft each to bear own costs and expenses, including legal fees. (EOD 06/27/88)  cc: atys | ras |

<u>**C L O S E D**</u>